FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

06 AUG 30 PM 2: 27

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| REEL QUICK, INC., a Nebraska Corporation, | ] ] ] |
| Plaintiff, | ] ] |
| vs. | ]  CIVIL ACTION NO. 8:05cv00526 |
| STEEL EAGLE, INC., a South Dakota Corporation, | ] ] ] ] |
| Defendant. | ] |

## CONSENT JUDGMENT

This matter having come before the Court and it being represented to the Court that Plaintiff, Reel Quick, Inc. ("Reel Quick"), and Defendant, Steel Eagle, Inc. ("Steel Eagle"), have now reached a compromise and settlement of all claims, counterclaims and defenses that were or could have been raised by them in this litigation, and on the basis of these representations, and the agreement of the above parties as set forth below, the Court hereby ORDERS, ADJUDGES AND DECREES as follows:

1.  This Court has jurisdiction over the parties and the subject matter of this action. Venue is proper in this judicial district.

2.  This action involves U.S. Patent No. 5,330,121 (the "'121 patent"), which duly and lawfully issued on July 19, 1994.

3.  Plaintiff has proper standing to bring this action.

4.  The '121 patent is valid and enforceable.

5.  Steel Eagle shall not manufacture, use, distribute, import, sell or offer for sale its swivel reel models K01-0300 and K01-2025 with its bracket B-01-3061, or any other structure having a vertically oriented receiver tube capable of slidably and

removably receiving a generally vertically disposed leg of a support arm of either swivel reel models K01-0300 and K01-2025.

6. This Court retains jurisdiction of this matter solely for purposes of the continued enforcement of the terms of this Consent Judgment and the underlying Settlement Agreement, and the resolution of any dispute with respect thereto.

7. The Complaint in this action and all causes of action stated therein are hereby dismissed with prejudice.

8. Each party shall bear its own costs and attorneys' fees.

IT IS SO ORDERED.

BY THE COURT:

Date: 29 Aug. 2006                         _____

APPROVED AS TO FORM AND CONTENT:

_____
Shane M. Niebergall, #21311
THOMTE, MAZOUR & NIEBERGALL
Suite 1111, 2120 South 72nd Street
Omaha, Nebraska 68124
(402) 392-2280
Attorney for Plaintiff
REEL QUICK, INC.


APPROVED AS TO FORM AND CONTENT:

_____
Tim R. Shattuck
Jeffrey A. Proehl
Woods, Fuller, Shultz & Smith, P.C.
300 South Phillips Ave. – Suite 300
P.O. Box 5027
Sioux Falls, SD 57117-5027
Attorneys for Defendant
STEEL EAGLE, INC.

2